# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL COVER SHEET

***Instructions:*** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

**CASE NAME:**

USA v. DOKUCHAEV, et al.

**CASE NUMBER:**

CR17 - 103 VC

CR

| | | | | |
|---|---|---|---|---|
| **Is This Case Under Seal?** | Yes ✓ | No | | |
| **Total Number of Defendants:** | 1 | 2-7 ✓ | 8 or more | |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | Yes | No ✓ | | |
| **Venue (Per Crim. L.R. 18-1):** | SF ✓ | OAK | SJ | |
| **Is this a potential high-cost case?** | Yes ✓ | No | | |
| **Is any defendant charged with a death-penalty-eligible crime?** | Yes | No ✓ | | |
| **Is this a RICO Act gang case?** | Yes | No ✓ | | |

**Assigned AUSA (Lead Attorney):** John H. Hemann

**Date Submitted:** 2/27/2017

**Comments:**

Under seal pending arrest of defendant Karim Baratov a/k/a "Kay" and "Karim Taloverov".

RESET FORM    SAVE PDF

Form CAND-CRIM-COVER (Rev. 11/16)